AUGUST 11, 1944

**No. 49671.—SUIT 4447.— ▮▮▮▮▮▮▮▮▮▮▮▮▮▮** *United States v. Wheeler & Miller.* C. D. 749 affirmed. C. A. D. 280.

BEFORE THE SECOND DIVISION, AUGUST 16, 1944

**No. 49672.—Protest 71707–K (A) of O. Yoshizawa Co. (New York).**

Opinion by TILSON, J. From the record it was found that the hats are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). Those hats imported and withdrawn for consumption prior to the effective date of the Netherlands Trade Agreement were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), and those subsequent to said date were held dutiable at 12½ percent under paragraph 1504 (b) (5) and T. D. 48075, *supra.*

**No. 49673.—Protest 82803–K of Geo. S. Bush & Co., Inc. (Seattle).**

Opinion by TILSON, J. Upon the established facts and following *United States* v. *Bosch Magneto Co.* (13 Ct. Cust. Appls. 569, T. D. 41434) and *Wedemeyer* v. *United States* (7 Cust. Ct. 141, C. D. 556) the bicycle horns in question were held to be parts of bicycles and therefore dutiable as claimed. Protest sustained to this extent.

LAWRENCE, J., not participating.

**No. 49674.—Protest 82879–K of Geo. S. Bush & Co., Inc. (Portland, Oreg.).**

Opinion by TILSON, J. When this case was called for trial counsel agreed that the merchandise invoiced as "leather plug one-quarter tips" consists of malleable castings for heel plates for shoes, similar in all material respects to that the subject of *Kramer* v. *United States* (11 Cust. Ct. 30, C. D. 787), which record was admitted in evidence herein. The protest was therefore sustained to this extent.